[No. 12870-1-I. Division One. July 19, 1984.]

*In the Matter of the Estates of*
GINA LARSON, ET AL.

JOANNA MOONEY, *Respondent,* v. HOWARD JAMES LAMPHERE, SR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. G–2698, Gary M. Little, J., entered January 26, 1983. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, C.J., and Andersen, J.

[Nos. 11965-6-I; 11984-2-I. Division One. July 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRELL STEIN, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Whatcom County, No. 82-1-00129-8, Marshall Forrest, J., entered June 22, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, C.J., and Swanson, J.

[Nos. 12438-2-I; 13771-9-I. Division One. July 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK EUGENE HARDISON, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 82-1-01514-4, Warren Chan, J., entered November 3, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Ringold, JJ.